IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JAMES BLEVINS, | ) | |
| | ) | Case No.: 4:18-cv-04126 |
| Plaintiff, | ) | |
| | ) | NOTICE OF SETTLEMENT |
| – vs – | ) | |
| | ) | |
| GC SERVICES, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff James Blevins ("Plaintiff") and Defendant GC Services, LP ("Defendant") have reached a settlement in the above-captioned matter. Plaintiff intends to file a Notice of Voluntary Dismissal once the Settlement Agreement has been finalized. Pending Plaintiff's Voluntary Dismissal, the parties respectfully request this honorable Court to vacate all deadlines.

Plaintiff is filing this Notice with Defendant's approval and permission.

RESPECTFULLY SUBMITTED,

Dated: January 31, 2019     By:/s/ Peter Cozmyk
                            Peter Cozmyk
                            Attorney in Charge
                            State Bar # 0078862
                            COZMYK LAW OFFICES, LLC
                            6100 Oak Tree Blvd., Ste. 200
                            Independence, OH 44131
                            pcozmyk@cozmyklaw.com
                            P: (216) 452-9145
                            F. (216) 485-2125

- 1 -

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2019 I served this Notice of Settlement via U.S. mail on:

GC Services, LP
6330 Gulfton
Houston, Harris County, TX 77081

                                              RESPECTFULLY SUBMITTED,

Dated: January 31, 2019

                                              By:/s/ *Peter Cozmyk*
                                              Peter Cozmyk
                                              Attorney in Charge
                                              State Bar # 0078862
                                              COZMYK LAW OFFICES, LLC
                                              6100 Oak Tree Blvd., Ste. 200
                                              Independence, OH 44131
                                              pcozmyk@cozmyklaw.com
                                              P: (216) 452-9145
                                              F. (216) 485-2125