United States District Court
Southern District of Texas
**ENTERED**
February 27, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES BLEVINS, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-4126 |
| GC SERVICES LP, | § § § | |
| Defendant. | § § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached (*see* Doc. #6). The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within sixty days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next sixty days.

SIGNED at Houston, Texas, this 26th day of February, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE